UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HAROLD WINFIELD CAGE #244367, | Case No. 1:09-cv-512 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| CORRECTIONAL MEDICAL SERVICES, INC., PRISON HEALTH SERVICES, INC., | |
| MICHAEL WHALEN, Muskegon Correctional Facility Health Unit Manager, and SHIRLEE A. HARRY, Warden of Muskegon Correctional Facility, | |
| Defendants. | |

## **JUDGMENT**

Final judgment is hereby entered in favor of all the defendants and against the plaintiff.

**IT IS SO ORDERED this 10th day of November 2010.**

                                           /s/ Paul L. Maloney
                                           Honorable Paul L. Maloney
                                           Chief United States District Judge